Sidney E. Samuelson, Respondent, v. Will H. Hays and Another, Appellants, Impleaded with Others, Defendants.— Order so far as appealed from modified as indicated in order, and as so modified affirmed, without costs. The bill of particulars to be served within twenty days from service of order with notice of entry thereof. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Sidney E. Samuelson, Appellant, v. Will H. Hays and Others, Respondents,

Impleaded with Others, Defendants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within twenty days from service of order with notice of entry thereof. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.